# EXHIBIT A

## REQUIRED STATEMENT
### TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases:  Debtor(s) _____ Ramon M. Santiago _____  Case No. ___ 20-16936 ___  Chapter ___ 13 ___

All Cases:  Moving Creditor  BOKF, N.A. a National Banking Association ___  Date Case Filed ___ 9/11/2020 ___

Nature of Relief Sought: ☑ Lift Stay        ☐ Annul Stay        ☐ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing _____ or Date Plan Confirmed ___ 1/29/2021 ___

Chapter 7: ☐  No-Asset Report Filed on _____
            ☐  No-Asset Report not Filed, Date of Creditors Meeting _____

1.   Collateral
     a.      ☑ Home
     b.      ☐ Car   Year, Make, and Model _____
     c.      ☐ Other (describe)_____

2.   Balance Owed as of 5/13/2021     $ _____ 170,205.49 _____
     Total of all other Liens against Collateral $_____

3.   In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.   Estimated Value of Collateral (must be supplied in *all* cases)  $ _____ 206,000.00 _____

5.   Default
     a.      ☐ Pre-Petition Default
             Number of months _____          Amount $ _____

     b.      ☑ Post-Petition Default
             i.      ☑ On direct payments to the moving creditor
                     Number of months ___ 3 ___       Amount $ _____ 3156.27
             ii.     ☐ On payments to the Standing Chapter 13 Trustee
                     Number of months _____          Amount $ _____

6.   Other Allegations
     a.      ☑ Lack of Adequate Protection  § 362(d)(1)
             i.      ☐ No insurance
             ii.     ☐ Taxes unpaid          Amount $ _____
             iii.    ☐ Rapidly depreciating asset
             iv.     ☐ Other (describe) _____

     b.      ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

     c.      ☐ Other "Cause" § 362(d)(1)
             i.      ☐ Bad Faith (describe)_____
             ii.     ☐ Multiple Filings
             iii.    ☐ Other (describe) _____

     d.      Debtor's Statement of Intention regarding the Collateral
             i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: _____ 5/24/2021 _____          _____
                                          Michael Dimand, Esq.
                                          Counsel for Movant

(Rev. 12 /21/09)