IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of:                                        NO. 20 B 16936

    Ramon M. Santiago                         Judge A. Benjamin Goldgar

         Debtors                                  Chapter 13 (Lake)

<u>NOTICE OF MOTION</u>

TO:

Ramon M. Santiago                      David M. Siegel
1635 Station Park Drive              Via electronic notification
Grayslake, IL 60030
Via regular mail                          Glenn B. Stearns
                                               Via electronic notification

PLEASE TAKE NOTICE that on September 17, 2021 at 9:30 a.m., I will appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in that judge's place, and present the Motion of Ford Motor Credit Company LLC, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **160 817 7512** and the password is **623389.** The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Christopher H. Purcell                 FORD MOTOR CREDIT COMPANY LLC
112 Cary Street
Cary, Illinois 60013                       By: /s/ Christopher H. Purcell
[Shermlaw13@aol.com](mailto:Shermlaw13@aol.com)                One of its Attorneys
Phone: (312) 372-1487                Sherman & Purcell, LTD.

CERTIFICATE OF SERVICE

I, Christopher H. Purcell, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on September 3, 2021 before the hour of 5:00 p.m.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of: | NO. 20 B 16936 |
| Ramon M. Santiago | Judge A. Benjamin Goldgar |
| Debtors | Chapter 13 (Lake) |

MOTION TO MODIFY AUTOMATIC STAY

Now comes Ford Motor Credit Company LLC (hereinafter the "Movant")., a creditor herein, by SHERMAN & PURCELL, LTD., its attorneys, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. The Movant is a secured creditor of the Debtor. The Statement to Accompany Motions for Relief from Stay is attached hereto and incorporated herein including, but not limited to the description of the collateral.

2. The Debtor has not offered, and Movant. is not receiving, adequate protection for its secured interest or depreciating value and that said motor vehicle is not necessary to an effective reorganization by the Debtor.

3. The Movant will suffer irreparable injury, harm and damage should it be delayed in taking possession of the motor vehicle aforesaid and foreclosing its security interest therein. The Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order.

4. The debtor is to make the payments directly pursuant to the terms of the confirmed plan. Since the filing of the case the Debtor has made the following payments:

```
10/06/20 10/06/20 8080 REGULAR PAYMENT       945.97
11/09/20 11/09/20 8080 REGULAR PAYMENT     1,000.00
12/02/20 12/02/20 8080 REGULAR PAYMENT       883.19
01/05/21 01/05/21 8080 REGULAR PAYMENT       627.73
02/19/21 02/22/21 8080 REGULAR PAYMENT       318.24
03/23/21 03/23/21 8080 REGULAR PAYMENT     1,564.95
06/30/21 06/30/21 8080 REGULAR PAYMENT     1,500.00
```

The current default is $1,010.92 with another payment coming due and owing on September 12, 2021 for an additional $627.73. This default amount is prior to attorney's fees and costs.

WHEREFORE, the Movant prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said Movant to take possession of and foreclose its security interest in a certain 2018 Ford Edge, VIN 2FMPK3K91JBC28302 and for such other and further relief as this Court may deem just.

| | |
|---|---|
| Christopher H. Purcell | FORD MOTOR CREDIT COMPANY LLC. |
| Sherman & Purcell, LTD. | |
| 112 Cary Street | BY: ____/s/ Christopher H. Purcell_____ |
| Cary, Illinois 60013 | One of its Attorneys |
| Shermlaw13@aol.com | |
| Phone: (312) 372-1487 | |
| Attorney for Ford Motor Credit Company LLC | |