**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) __Ramon M. Santiago__ Case No. __20 B 16936__ Chapter __13__

All Cases: Moving Creditor __Village Station Homeowner's Area Association, Inc.__ Date Case Filed __9/11/2020__

Nature of Relief Saught: **XX** Lift Stay ___ Annul Stay ___ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __January 29, 2021__

Chapter 7: No-Asset Report Filed on _____
No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral

    a. **XX** Home __1635 Station Park Drive, Grayslake, Illinois__
    b. ___ Car Year, Make and Model _____
    c. ___ Other (describe) _____

2. Balance Owed as of Petition Date $__2,052.20__ Includes Fees and Costs.
   Total of all other Liens against Collateral $__190,470.00__ Per Debtor(s) Schedule D.

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $__185,000.00__ Per Debtor(s) Schedule A

5. Default

    a. **XX** Pre-Petition Default
       Number of months __4+__ Amount $ __2,052.20__

    b. **XX** Post-Petition Default

       i. **XX** On direct payments to the moving creditor
          Number of months __5+__ Amount $ __2,827.38__
       ii. ___ On payments to the Standing Chapter 13 Trustee
           Number of months _____ Amount $ _____

6. Other Allegations

    a. ___ Lack of Adequate Protection § 362(d)(1)
       i. ___ No insurance
       ii. ___ Taxes unpaid Amount $ _____
       iii. ___ Rapidly depreciating asset
       iv. **XX** Other (describe) __Failure to pay association assessments, fees, and costs__

    b. **XX** No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c. ___ Other "Cause" § 362(d)(1)
       i. ___ Bad Faith _____
       ii. ___ Multiple filings _____
       iii. ___ Other (describe) _____

    d. Debtor's Statement of Intention regarding the collateral
       i. ___ Reaffirm ii. ___ Redeem iii. ___ Surrender iv. ___ No Statement of Intention Filed

Date: __September 7, 2021__          /s/ Ronald J. Kapustka
                                      Counsel for Movant

(Rev. 12/21/09)

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
iManage\CVIL002\61102\4941014.v1-9/7/21