# Homeowner Ledger

**Homeowner:** Santiago Suazo, Ramon Marcial

**Unit Name:** 1635

**Unit Address:** 1635 Station Park Drive Grayslake, IL 60030

**Association:** Village Station Homeowner Area Association

**Status:** Current

**Dues:** 221.18

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| Starting Balance | | | | | 0.00 |
| 12/15/2020 | Ramon Marcial | Payment | | 0.24 | -0.24 |
| 01/01/2021 | | Assessment - January 2021 | 221.18 | | 220.94 |
| 02/01/2021 | | Assessment - February 2021 | 221.18 | | 442.12 |
| 02/11/2021 | | Late Fee Income - Late Fee for Feb 2021 | 25.00 | | 467.12 |
| 03/01/2021 | | Assessment - March 2021 | 221.18 | | 688.30 |
| 03/02/2021 | Ramon Marcial | Payment (Reference #66246140) CC Pymt | | 300.00 | 388.30 |
| 03/02/2021 | Ramon Marcial | Payment (Reference #66246317) CC Pymt | | 200.00 | 188.30 |
| 04/01/2021 | | Assessment - April 2021 | 221.18 | | 409.48 |
| 04/11/2021 | | Late Fee Income - Late Fee for Apr 2021 | 25.00 | | 434.48 |
| 05/01/2021 | | Assessment - May 2021 | 221.18 | | 655.66 |
| 05/11/2021 | | Late Fee Income - Late Fee for May 2021 | 25.00 | | 680.66 |
| 06/01/2021 | | Assessment - June 2021 | 221.18 | | 901.84 |
| 06/02/2021 | Ramon Marcial | Payment (Reference #68958369) CC Pymt | | 225.00 | 676.84 |
| 07/01/2021 | | Assessment - July 2021 | 221.18 | | 898.02 |
| 07/11/2021 | | Late Fee Income - Late Fee for Jul 2021 | 25.00 | | 923.02 |
| 08/01/2021 | | Assessment - August 2021 | 221.18 | | 1,144.20 |
| 08/11/2021 | | Late Fee Income - Late Fee for Aug 2021 | 25.00 | | 1,169.20 |
| 09/01/2021 | | Assessment - September 2021 | 221.18 | | 1,390.38 |
| **Total** | | | | | **1,390.38** |

```
ACCOUNT BALANCE            $ 1,390.38

LEGAL INVOICE 1421211      $   106.00

LEGAL MOTION TO MODIFY STAY $   850.00

LEGAL FILING FEE           $   181.00

                 TOTAL     $ 2,827.38
```